UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYISIYA DUBININA, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DON HEINSOHN, et al.,<br><br>        Defendants. | Case No. 25-cv-10542-RFL<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    I find myself disqualified from this case, and therefore recuse myself. The case shall be reassigned pursuant to the Assignment Plan. Any pending dates of motions, pretrial conferences, and trial are now vacated and will be reset by the newly assigned judge.

    **IT IS SO ORDERED.**

Dated: December 11, 2025

                                                            RITA F. LIN<br>
                                                            United States District Judge