UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYISIYA DUBININA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DON HEINSOHN, et al.,<br><br>    Defendants. | Case No. 25-cv-10542-JST<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 18 |

On December 12, 2025, the Court denied Plaintiffs' motion for a temporary restraining order to prevent enforcement of an order and subpoena issued in state court. ECF No. 18. The Court also ordered Plaintiffs "to show cause as to why this case should not be dismissed because the relief they seek is barred by the Anti-Injunction Act," *id.* at 3, which provides that a federal court "may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments," 28 U.S.C. § 2283.

Plaintiffs filed both a timely response to the order show cause, ECF No. 23, and an amended complaint that no longer seeks to enjoin any proceedings in state court, ECF No. 22. Having reviewed Plaintiffs' filings, the Court now vacates the order show cause.

**IT IS SO ORDERED.**

Dated: January 12, 2026

                                      JON S. TIGAR
                            United States District Judge