UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAYISIYA DUBININA, et al.,

        Plaintiffs,

    v.

DON HEINSOHN, et al.,

        Defendants.

Case No. 25-cv-10542-JST

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: ECF No. 46

On March 13, 2026, Plaintiffs Tayisiya Dubinina and Olena Cherednychenko filed a motion for a temporary restraining order ("TRO"). ECF No. 46. They seek to have this Court become involved in the production of documents related to a state-court proceeding. Their motion is dated March 6. They provided notice to Defendants via email on March 8, stating that they would file the motion on March 9, but they waited until March 13 to file the motion. Additionally, they claim changed circumstances based on Defendant Don Heinsohn's motion to dismiss. That motion was filed on February 20, which was 21 days before Plaintiffs filed their motion for a TRO.

"A plaintiff's delay in seeking relief weighs against granting a TRO or preliminary injunction." *Perez v. City of Petaluma*, No. 21-cv-06190-JST, 2021 WL 3934327, at *1 (N.D. Cal. Aug. 13, 2021); *see also Dahl v. Swift Distrib., Inc.*, No. CV 10-00551 SJO (RZx), 2010 WL 1458957, at *4 (C.D. Cal. Apr. 1, 2010) (concluding that an 18-day delay "implies a lack of urgency and irreparable harm"). In addition, it is not clear that this Court has jurisdiction to grant the relief Plaintiffs seek. *See Atl. Coast Line R.R. Co. v. Bhd. of Locomotive Eng'rs*, 398 U.S. 281, 287 (1970) ("Proceedings in state courts should normally be allowed to continue unimpaired by intervention of the lower federal courts, with relief from error, if any, through the

United States District Court
Northern District of California

state appellate courts and ultimately [the United States Supreme] Court.")

Accordingly, the motion for a temporary restraining order is denied.  The Court will construe the motion as one for preliminary injunctive relief.  Defendants shall file responses to the motion on or before March 26, 2026, and Plaintiffs may file a reply on or before April 3, 2026. The matter will then be deemed submitted on the papers unless otherwise ordered.  The Court will entertain a stipulation to extend these briefing deadlines if the parties agree.

**IT IS SO ORDERED.**

Dated:  March 16, 2026



_____
JON S. TIGAR
United States District Judge